Judge Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR06-305TSZ |
| Plaintiff, | |
| v. | MOTION FOR ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE |
| ALBERT KWOK-LEUNG KWAN, | |
| Defendant. | |

COMES NOW the United States of America and moves this court pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss without prejudice, the Indictment herein naming Albert Kwok-Leung Kwan, defendant.

//
//
//

MOTION FOR DISMISSAL - 1
U.S. v. KWAN/CR06-305TSZ

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1     This motion is supported by the record which reflects on May 13, 2009, the Ninth
2 Circuit Court of Appeals issued its mandate in connection with its decision upholding this
3 Court's grant of the defendant's motion for a new trial. In light of that opinion, it would
4 best serve the interests of justice to dismiss the indictment herein without prejudice.

5     DATED this 24th day of June, 2009.

6     Respectfully submitted,

7     JEFFREY C. SULLIVAN
    United States Attorney

9     s/ *William H. Redkey, Jr.*
    WILLIAM H. REDKEY, JR.
10     Assistant United States Attorney
    WA Bar # 7734
11     United States Attorney's Office
    700 Stewart Street, Suite 5220
12     Seattle, WA 98101
    Telephone: (206) 553-1206
13     Fax:    (206) 553-4986
    E-mail:    William..Redkey@usdoj.gov

MOTION FOR DISMISSAL - 2
U.S. v. KWAN/CR06-305TSZ

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on  June 24  , 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

s/ *Cheryl E. Walkden*
CHERYL E. WALKDEN
Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  (206) 553-1511
Fax:     (206) 553-0755
E-mail:  Cheryl.Walkden@usdoj.gov

MOTION FOR DISMISSAL - 3
U.S. v. KWAN/CR06-305TSZ

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970